DC Form 850-04B (03/15/15)

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: CHARLES L. WILLIAMS     Doc #: 82344

Grievance number (complete for Steps 2 and 3, only)

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

This grievance is for the 'substantial burden' placed upon myself and the N. American religious group for the practice of our 'sincerely held' beliefs. By placing these burden(s) upon us this facility and CDOC are in violation of Amend. I of US Constitution CRS 17-42-101 and (RLUIPA) 42 USC § 2000cc. These burden(s) include, but are not limited to: (1) wearing full DOC uniform in extreme heat (temp), (2) price of wood, average state pay is ($.84) per inmate. (3) No running water (4) Unsanitary conditions of outhouse (5) Sweatlodge grounds placed where other inmates can disturb ceremonies (6) Mandatory strip searches for all N. Americans and no other religious groups (7) Not being allowed fire on half-days for pipe ceremonies. (8) Not being allowed to cover sweatlodge on half days, no shelter from extreme weather (9) Overall prejudice and discrimination. My remedy is to have this facility investigated for actions pertaining to N. American offenders and correction of ill treatment. Protection against retaliations and discriminatory actions.

Offender Signature: C.L. Williams     Date 8-18-17

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1  2  3 |
|---|---|---|

Signature: T. Morgan
Print Name and DOC Employee ID #: T. Morgan #14874     Date received: 8/18/17

Attachment "B"
Page 1 of 1

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 08/21/2017     Grievance Coordinator & ID #  DENT, NORENE (10198)

**RESPONSE**

AR850-04 Grievance Procedure
IV.D.6. Each grievance shall address only one problem or complaint and include a description of the relief requested.
Form instructions #3. State specifically what remedy you are requesting.

There are multiple complaints 1) the wearing of full-greens, 2) the price of wood, 3) running water, 4) outhouse, 5) sweat lodge location, 6) strip searches, 7) procedures for half-days, 8) wanting to cover inipi without using it for sweat ceremony, 9) alleged prejudice and discrimination. The grievance lacks any meaningful remedy other than to request investigation. I will answer as many issues as possible in this response.

1) The Buena Vista Correctional Complex is reviewing dress code for the outdoor multi-faith areas. 2) Fairmarket value sets the cost for wood. 3) Water should be provided in buckets for putting out the fire and drinking water should be made available. 4) the outhouse has been removed. 5) safety and security is the first consideration for placement of the sweat lodge/outdoor multi-faith area. Across the state, sweat lodge/outdoor multi-faith area location is subject to activity in the recreation yard. 6) will recommend that strip search protocol is applied evenly. 7) a lighter is all that is needed pipe ceremonies. 8) Per AR 800-01, "The inipi (sweat lodge) will be covered only during a sweat lodge ceremony." 9) practice is under review of Faith and Citizen Programs.

## TO BE COMPLETED BY RESPONDER

Date 08/21/2017     Responder Name & ID #  VOLZ, REBECCA (8584)     Response Date 09/11/2017
**Disposition**     **Procedural Denial**

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name  WILLIAMS, CHARLES     DOCNO 82344     Grievance # R-BV17/18-00116121-1
Date: 9.12.17     Offender Signature: C.L. Williams
Original: Department file/AIC     Copies: Administrative Head, Offender


EXHIBIT 3

DC Form 850-04B (03/15/15)

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Charles Williams        Doc #: 82344

Grievance number (complete for Steps 2 and 3, only): R-BV17/18-00116121-1

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

THIS GRIEVANCE IS FOR THE 'SUBSTANTIAL BURDEN' PLACED UPON MYSELF AND THE N. AMERICAN RELIGIOUS GROUPS FOR THE PRACTICE OF OUR "SINCERELY HELD" BELIEFS BY PLACING THESE BURDEN(S) UPON US THIS FACILITY AND CDOC ARE IN VIOLATION of AMEND I (US CONSTITUTION), C.R.S. 17-42-101 AND (RLUIPA) 42 USC §2000CC, THESE BURDENS INCLUDE BUT ARE NOT LIMITED TO: (1) WEARING FULL GREEN (D.OC) UNIFORM IN EXTREME HEAT(TEMP) (2) PRICE of WOOD, AVERAGE STATE PAY IS $4$ PER INMATE (3) NO RUNNING WATER (4) UNSANITARY CONDITIONS of OUTHOUSE (5) SWEAT LODGE GROUNDS PLACED WHERE OTHER INMATES CAN DISTURB CEREMONIES (6) MANDATORY STRIP SEARCHES FOR ALL N. AMERICANS AND NO OTHER RELIGIOUS GROUPS (7) NOT BEING ALLOWED TO COVER SWEATLODGE ON HALF DAYS, NO SHELTER FROM EXTREME WEATHER (8) OVERALL PREJUDICE AND DISCRIMINATION. MY REMEDY IS TO HAVE THIS FACILITY INVESTIGATED FOR ACTIONS PERTAINING TO N. AMERICAN OFFENDERS AND CORRECTION of ILL TREATMENT, PROTECTION AGAINST RETALIATIONS AND DISCRIMINATORY ACTIONS.

Offender Signature: [signed]        Date: 9.13.17

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1  ②  3 |

Signature: Jeff Hansen /for VALERIO

Print Name and DOC Employee Id #: JEFF HANSEN #2720        Date received: 9/14/17

Attachment B
Page 1 of 1

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date 09/15/2017        Grievance Coordinator & ID #   DENT, NORENE (10198)

### RESPONSE

I will answer each point separately. 1) There has been a POR change allowing offenders to remove their green shirt, 2) Price of wood is dependent on the community you purchase it from 3) running water is not required for fire maintenance, 4) porta pottis has been removed, 5) the sweat lodge is placed where it can be observed and is similarly placed at several other facilities, 6) searches are dependent upon the facility needs but should be consistent with similar events 7) the inipi is only covered to allow a sweat not as a sun shade and 8) you have not made a point displaying discrimination or prejudice. Your grievance is denied.

## TO BE COMPLETED BY RESPONDER

Date 09/18/2017        Responder Name & ID #  MACHIN, KIRK (2082)        Response Date  10/10/2017

**Disposition**                Denied

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name  WILLIAMS, CHARLES            DOCNO  82344        Grievance # R-BV17/18-00116121-2
Date: 10.13.2017    Offender Signature: [signed]
Original: Department file/AIC                    Copies: Administrative Head, Offender

DC Form 850-04B (03/15/15)

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: CHARLES L. WILLIAMS     Doc #: 82344

Grievance number (complete for Steps 2 and 3, only): R-BV 17/18-00116121-1

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

THIS GRIEVANCE IS FOR THE 'SUBSTANTIAL BURDEN' PLACED UPON MYSELF AND THE NATIVE AM. RELIGIOUS GROUP FOR THE PRACTICE OF OUR 'SINCERELY HELD' BELIEFS. BY PLACING THESE BURDEN(S) UPON US THIS FACILITY AND CDOC ARE IN VIOLATION OF AMEND I (US CONSTITUTION), CRS 17-42-101, AND (RLUIPA) 42 USC §2000cc. THESE BURDEN(S) INCLUDE BUT ARE NOT LIMITED TOO: (1) WEARING FULL GREEN (DOC) UNIFORM IN EXTREME HEAT (TEMP) (2) PRICE of WOOD/AVERAGE STATE M.V. IS .84¢ PER INMATE (3) NO RUNNING WATER (4) UNSANITARY CONDITIONS of OUTHOUSE (5) SWEAT-LODGE GROUNDS PLACED WHERE OTHER INMATES CAN DISTURB CEREMONIES. (6) MANDATORY STRIP SEARCHES for ALL NATIVE AM AND NO OTHER FAITH GROUPS (7) NOT BEING ALLOWED TO COVER SWEATLODGE ON HALF DAYS, NO SHELTER FROM EXTREME WEATHER (8) OVERALL PREJUDICE AND DISCRIMINATION. MY REMEDY IS TO HAVE THIS FACILITY INVESTIGATED FOR ACTIONS PERTAINING TO NATIVE AM. OFFENDERS AND CORRECTION OF ILL TREATMENT. PROTECTION AGAINST RETALIATIONS AND DISCRIMINATORY ACTIONS.

Offender Signature: _____ Date: 10.16.17

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: BVCC/South | Step (Circle one) 1  2  ③ |

Signature: _____
Print Name and DOC Employee Id #: Keith P. Valerio #3722    Date received: 10/19/2017

Attachment B
Page 1 of 1

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 10/19/2017     Grievance Coordinator & ID # DENT, NORENE (10198)
**RESPONSE**
see attached
**TO BE COMPLETED BY RESPONDER**
Date 11/03/2017     Responder Name & ID # GRIFFITH, MARSHALL (14298)     Response Date 12/15/2017
**Disposition**     Not exhausted
**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name WILLIAMS, CHARLES     DOCNO 82344     Grievance # R-BV17/18-00116121-3
Date: 12.20.17     Offender Signature: _____
Original: Department file/AIC     Copies: Administrative Head, Offender



**COLORADO**
Department of Corrections

Office of Legal Services
1250 Academy Park Loop, Suite 1400
Colorado Springs, CO 80910
P 719.226.4236

Step 3 Grievance Office

December 15, 2017

RE: Grievance #R-BV17/18-116121

Dear Mr. Charles Williams #82344:

I have reviewed your Step 3 grievance that you filed with regard to multiple faith group issues.

The grievance procedure is outlined in Administrative Regulation 850-04. Only one issue may be addressed, per grievance. Please see AR 850-04 IV. D. 1. You have articulated a number of different faith group issues and only one issue is allowed per grievance.

Among the issues you list are: 1) wearing full green state issue clothing in hot weather 2) price of wood 3) lack of running water 4) unsanitary conditions of the outhouse 5) placement of sweat lodge where interruptions occur from other offenders 6) mandatory strip searches 7) not being allowed to cover sweat lodge 8) no shelter from inclement weather and 9) allegations of prejudice and discrimination.

You failed to follow the grievance procedure in this matter; you have not exhausted your administrative remedies. This is the final administrative response in this matter.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file

John W. Hickenlooper, Governor | Rick Raemisch, Executive Director



**Anthony A. DeCesaro, Grievance Officer**

# Memo

TO: Offender Charles L. Williams #82344

FROM: Anthony A. DeCesaro
Grievance Officer

DATE: November 8th, 2017

RE: Grievance delay-R-BV17/18-00116121-3

---

I am informing you that your grievance in the above matter is under investigation and will not be not be answered within the 45 days time frame, due to the on-going investigation. AR 850-04 states, "When a good faith investigation into the issue alleged in the grievance will proceed past the time limitation, the offender will be notified in writing." This memo is to serve as your written notice of the delay in the response time.

We are looking into your claim involving religion.

I thank you for your patience and cooperation in this matter. I anticipate that your response will be forthcoming shortly.



**COLORADO**
Department of Corrections

Office of Legal Services
1250 Academy Park Loop, Suite 1400
Colorado Springs, CO 80910
P 719.226.4236

Step 3 Grievance Office

December 15, 2017

RE: Grievance #R-BV17/18-116121

Dear Mr. Charles Williams #82344:

I have reviewed your Step 3 grievance that you filed with regard to multiple faith group issues.

The grievance procedure is outlined in Administrative Regulation 850-04. Only one issue may be addressed, per grievance. Please see AR 850-04 IV. D. 1. You have articulated a number of different faith group issues and only one issue is allowed per grievance.

Among the issues you list are: 1) wearing full green state issue clothing in hot weather 2) price of wood 3) lack of running water 4) unsanitary conditions of the outhouse 5) placement of sweat lodge where interruptions occur from other offenders 6) mandatory strip searches 7) not being allowed to cover sweat lodge 8) no shelter from inclement weather and 9) allegations of prejudice and discrimination.

You failed to follow the grievance procedure in this matter; you have <u>not</u> exhausted your administrative remedies. This is the final administrative response in this matter.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file



John W. Hickenlooper, Governor  |  Rick Raemisch, Executive Director

**Anthony A. DeCesaro, Grievance Officer**

# Memo

TO: Offender Charles L. Williams #82344

FROM: Anthony A. DeCesaro
Grievance Officer

DATE: November 8th, 2017

RE: Grievance delay-R-BV17/18-00116121-3

---

I am informing you that your grievance in the above matter is under investigation and will not be not be answered within the 45 days time frame, due to the on-going investigation. AR 850-04 states, "When a good faith investigation into the issue alleged in the grievance will proceed past the time limitation, the offender will be notified in writing." This memo is to serve as your written notice of the delay in the response time.

We are looking into your claim involving religion.

I thank you for your patience and cooperation in this matter. I anticipate that your response will be forthcoming shortly.



DC Form 850-04B (03/15/15)

## Colorado Department of Corrections Offender Grievance Form

| Offender Must Complete | |
|---|---|
| Name: Williams, Charles | Doc #: 82344 |
| Grievance number (complete for Steps 2 and 3, only): | |

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

THIS GRIEVANCE IS FOR THE ON-GOING ACTS OF RETALIATION AND DISCRIMINATION PERPETUATED UPON MYSELF AND THE NATIVE AMERICAN RELIGIOUS PARTICIPANTS. DIRECTLY AFTER RECIEVING NOTIFICATION FROM STEP III GRIEVANCE OFFICER DECESERO THAT MY STEP III, (#R-BV17/18-0011612I-3) FOR SUBSTANTIAL BURDEN AND RETALIATORY ACTS, IS BEING INVESTIGATED CAPTAIN KING, ON 11.18.17 CANCELLED PIPE CEREMONY AND REFUSED TO ALLOW MYSELF AND ANOTHER OFFENDER ACCESS TO THE SWEAT LODGE AREA. WE WERE TOLD HIS (CAPT. KING) REASON WAS THERE WASN'T ENOUGH OFFENDERS TO GO. WE WERE TOLD THIS BY C/O'S LANGFORD AND VELASQUEZ. CAPTAIN KING REFUSED TO SPEAK WITH ME UPON MY REQUEST. NO PART of AR-800-1 STATES A MINIMUM AMOUNT of OFFENDERS REQUIRED for PIPE CEREMONY. I AM REQUESTING THAT THE RETALIATIONS STOP AND THAT MY RELIGIOUS RIGHTS BE UPHELD.

Offender Signature: _C. Williams_  Date: 11.27.17

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) (1) 2 3 |
|---|---|---|

Signature: CM Hobson
Print Name and DOC Employee Id #: CM HOBSON 22302
Date received: 11-28-17

Attachment B
Page 1 of 1

### TO BE COMPLETED BY GRIEVANCE COORDINATOR
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 11/28/2017    Grievance Coordinator & ID #  DENT, NORENE (10198)

**RESPONSE**
There is no retaliation. You will be able to go to your faith group.

### TO BE COMPLETED BY RESPONDER
Date 11/28/2017    Responder Name & ID #  KING, ANDREW (5330)    Response Date  11/28/2017
**Disposition**    **Resolved**

### TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name WILLIAMS, CHARLES    DOCNO 82344    Grievance # R-BV17/18-00121549-1
Date: 11.29.17    Offender Signature C. Williams
Original: Department file/AIC    Copies: Administrative Head, Offender

HCT   2E 13

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**
Name: CHARLES L. WILLIAMS                    Doc #: 82344
Grievance number (complete for Steps 2 and 3, only): R-BV 17/18-00121549

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

THIS GRIEVANCE IS FOR THE 'ON-GOING' ACTS OF RETALIATION AND DIS-CRIMINATION PURPETRATED UPON MYSELF AND THE NATIVE AMERICAN RELIGIOUS PARTICIPANTS. DIRECTLY AFTER RECIEVING NOTIFICATION FROM STEP II GRIEVANCE OFFICER DECESERO THAT MY STEP II (GR-BV17/18-00116121-3) FOR 'SUBSTANTIAL BURDEN' AND RETALIATORY ACTS IS BEING INVESTIGATED. CPT KING (SHIFT COMM.) ON 11.18.17 CANCELLED PIPECEREMONY AND REFUSED TO ALLOW MYSELF AND ANOTHER OFFENDER ACCESS TO THE SWEATLODGE AREA. WE WERE TOLD HIS (CAPTAIN KING) REASON WAS THERE WASN'T ENOUGH OFFENDERS TO GO. WE WERE TOLD THIS BY C/O's LANGFORD AND VELASQUEZ. CAPTAIN KING REFUSED TO SPEAK WITH ME UPON MY REQUEST. NO PART OF AR-800-1 STATES A MINIMUM AMOUNT OF OFFENDERS REQUIRED FOR PIPE CEREMONY. I AM REQUESTING THAT THE RETALIATIONS STOP AND THAT MY RELIGIOUS RIGHTS BE UPHELD.

Offender Signature: [signed]                 Date: 11.30.17
*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1 ② 3 |

Signature: CM Hanson
Print Name and DOC Employee ID #: CM Hanson 22302
Date received: 12-5-17

Attachment B
Page 1 of 1

### TO BE COMPLETED BY GRIEVANCE COORDINATOR
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 12/06/2017     Grievance Coordinator & ID #   DENT, NORENE (10198)

### RESPONSE
Offender Williams
I appreciate the opportunity to respond to your grievance regarding the sweat lodge. I have reviewed the information you have provided in your step I and step II complaints. You state that you feel you are being discriminated against because you and another offender were not allowed to sweat and returned to the unit by the shift commander. After speaking with staff and the faith and citizens office the shift commander was correct in not allowing you to sweat as there was not enough offenders present. In order to sweat, a minimum of 3 offenders are required for safety reasons; this is not discriminatory. If you only wish to smudge you must have a minimum of 2 offenders present to engage in that ceremony. A single offender will be required to observe their religion in the privacy of their cell. The burden of proof is upon you to prove your allegations of discrimination. Based on this information I do not find that any discrimination occurred and your grievance is denied.

### TO BE COMPLETED BY RESPONDER
Date 12/06/2017     Responder Name & ID #  LISAC, DAVID (12198)            Response Date 12/19/2017
**Disposition**                    **Denied**

### TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name  WILLIAMS, CHARLES          DOCNO 82344       Grievance # R-BV17/18-00121549-2
Date: 12.29.17       Offender Signature [signed]
Original: Department file/AIC                                    Copies: Administrative Head, Offender

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**

Name: Williams, Charles | Doc #: 82344

Grievance number (complete for Steps 2 and 3, only): R.BV17/18-00121549

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

Subject of Grievance and Requested Meaningful Remedy:

THIS GRIEVANCE IS FOR THE ON-GOING ACTS OF RETALIATION AND DISCRIMINATION PURPETUATED UPON MYSELF AND THE NATIVE AM. RELIGIOUS PARTICIPANTS. DIRECTLY AFTER RECIEVING NOTIFICATION FROM STEP III GRIEVANCE OFFICER DECESERO THAT MY STEP III GRIEVANCE R BI7/18 00/K 21-3 SUBSTANTIAL BURDEN AND RETALIATORY ACTS IS BEING INVESTIGATED CPTN. KING (SHIFT COMM.) ON 11.18.17 CANCELLED OUR PIPE CEREMONY AND REFUSED TO ALLOW MYSELF AND ANOTHER OFFENDER ACCESS TO THE SWEATLODGE AREA. WE WERE TOLD HIS (CAPTAIN KING'S) REASON WAS THERE WASN'T ENOUGH OFFENDERS TO GO WE WERE TOLD THIS BY C/O's LANGFORD AND VELASQUEZ. CAPTAIN KING REFUSED TO SPEAK WITH ME UPON MY REQUEST. NO PART OF AR-800-1 STATES A MIN. AMOUNT OF OFFENDERS REQUIRED FOR PIPE CEREMONY. I AM REQUESTING THAT THE RETALIATIONS STOP AND THAT MY RELIGIOUS RIGHTS BE UPHELD.

Offender Signature: [signed]   Date: 1.4.18

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1  2  ③ |

Signature: CM Harmon

Print Name and DOC Employee ID #: CM Harmon 22302 | Date received: 1-5-18

Attachment B
Page 1 of 1

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date 01/08/2018   Grievance Coordinator & ID #   O'REILLY, KAITLIND (22557)

**RESPONSE**
see attached

## TO BE COMPLETED BY RESPONDER

Date 02/05/2018   Responder Name & ID # GRIFFITH, MARSHALL (14298)   Response Date 02/08/2018

**Disposition**   **Not exhausted**

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name WILLIAMS, CHARLES   DOCNO 82344   Grievance # R-BV17/18-00121549-3
Date: 2/15/18   Offender Signature: [signed]
Original: Department file/AIC   Copies: Administrative Head, Offender



**COLORADO**
Department of Corrections

Office of Legal Services
1250 Academy Park Loop, Suite 1400
Colorado Springs, CO 80910
P 719.226.4236

Step 3 Grievance Office

February 8, 2018

RE: Grievance #R-BV17/18-121549

Dear Mr. Charles Williams #82344:

I have reviewed your Step 3 grievance that you filed with regard to faith group practices on 11/18/17.

Your grievance step is filed out of time. The time frame for filing grievances is outlined in Administrative Regulation 850-04. You have five calendar days in which to file the next step in the grievance process. You received the Step 2 response on 12/29/17 and your Step 3 was not filed until 1/4/18.

The time constraints outlined in AR # 850-04 are now expired regarding these events, so there will be no further review of this matter.

You have failed to follow the grievance procedure in this matter; you have <u>not</u> exhausted your administrative remedies. This is the last administrative action in this matter.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file

John W. Hickenlooper, Governor | Rick Raemisch, Executive Director



HH

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**

Name: Williams, Charles | Doc #: 82344

Grievance number (complete for Steps 2 and 3, only):

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

Subject of Grievance and Requested Meaningful Remedy: On 4-21-18, I recieved a notice that Medium Custody Native Am. Religious Groups Tobacco use was being suspended (30 days) because a substance believed to be of a Native Am. Tobacco blend was found in the possession of Ted Mitchell. Mitchell has never been to our Sweatlodge (Med. Custody) he is not on any list in this facility. Our tobacco is logged in and out before and after every ceremony. He did not get whatever he had from us. To punish our entire group for this is retaliatory. Especially, since we have not had any kind of infraction like this in the 5yr. I've been in BVCF. This is group punishment also in violation of CLUIPA, the 1st amend., and C.R.S. 17-42-101. No where in CDOC policy does it say this is a suitable decision. I would like to know who made this decision. I want our use of tobacco reinstated immediately. And the retaliatory and discriminatory actions perpetuated on the Native Am. Religious groups to stop.

Offender Signature: [signature] Date: 4-30-18

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

**Case Manager/CPO Must Complete**

Facility/Unit/Pod/Parole Office/Community Corrections Center: BVCF | Step (Circle one) 1 2 3

Signature: CM Hanson

Print Name and DOC Employee ID #: CM Hanson 22302 | Date received: 5-1-18

Attachment B
Page 1 of 1

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 05/01/2018   Grievance Coordinator & ID # O'REILLY-WHITLOW, KAITLIND (22557)

### RESPONSE
Per AR 800-01, Faith based programs/observances will be accommodated, within available time and space, unless an overriding compelling governmental interest exists. Overriding concerns driven by the DOC Mission Statement that must be maintained, regardless of other issues or requests include but are not limited to: safety, security, consistency, health, and discipline, using the least restrictive means of furthering those compelling governmental interests.

## TO BE COMPLETED BY RESPONDER

Date 05/01/2018   Responder Name & ID # VOLZ, REBECCA (8584)   Response Date 05/09/2018

**Disposition**   **Denied**

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name WILLIAMS, CHARLES   DOCNO 82344   Grievance # R-BV17/18-00129942-1
Date: 5-15-18   Offender Signature C.L.Williams
Original: Department file/AIC   Copies: Administrative Head, Offender

HH

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**

Name: Williams, Charles  
Doc #: 82344  
Grievance number (complete for Steps 2 and 3, only): -BV 17/18-00129942

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

Subject of Grievance and Requested Meaningful Remedy: On 4.21.18 I recieved a notice that Med. Custody Native Am. Religious Groups Tobacco use was being suspended (30 days) because a substance believed to be of a Native Am. Tobacco blend was found in the possession of Ted Mitchell. Mitchell has never attended our sweatlodge. He is not on any list in this facility. Our tobacco is logged in and out before and after every ceremony. He did not get whatever he had from us to punish our entire group for this is retaliatory, especially since we have not had any kind of infraction like this in the 3 yrs. I've been in this facility. This is group punishment and in violation of RLUIPA, 1st Amend and CRS. 17-42-101. No where in CDOC policy does it say this is a suitable decision. I would like to know who made this decision. I want our use of tobacco reinstated immediately and the retaliatory and discriminatory actions perpetuated on the Native American Religious Groups to stop.

Offender Signature: [signature]   Date: 5.18.2018

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

**Case Manager/CPO Must Complete**

Facility/Unit/Pod/Parole Office/Community Corrections Center: BVCF

Step (Circle one): 1  (2)  3

Signature: [signature] / for H. Hansen  
Print Name and DOC Employee ID #: J. Hansen #2720  
Date received: 5/17/18

Attachment B  
Page 1 of 1

### TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date: 05/21/2018  Grievance Coordinator & ID # ENGLAND, CYNTHIA (22147)

**RESPONSE**

In review of your grievance and suggested remedy I contacted the facility to discuss the situation. Your remedy requests reinstatement of the ceremonial blend (tobacco) use during services which the facility informed me it has been reinstated.

### TO BE COMPLETED BY RESPONDER

Date: 05/21/2018   Responder Name & ID # MACHIN, KIRK (2082)   Response Date: 05/31/2018

**Disposition:** **Relief granted**

### TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name: WILLIAMS, CHARLES   DOCNO: 82344   Grievance # R-BV17/18-00129942-2  
Date: 6.7.18   Offender Signature: [signature]

Original: Department file/AIC   Copies: Administrative Head, Offender

T. Mann

TMa

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**

Name: Charles Williams    Doc #: 82344

Grievance number (complete for Steps 2 and 3, only): BV17/18-00129942

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

Subject of Grievance and Requested Meaningful Remedy: On 4.21.18 I recieved a notice that Medium Custody Native Am. Religious Group's Tobacco use was being suspended for 30 days because a substance believed to be of a Native Am. Tobacco Blend was found in the possession of Ted Mitchell. Mitchell has never attended our sweatlodge, he is not on any list in this facility. Our tobacco is logged in and out before and after every ceremony. He did not get whatever he had from us. To punish our entire group for this is retaliatory. Especially since we have not had any type of infraction like this in the 3yrs I've been in this facility. This is group punishment and in violation of RLUIPA, 1st Amend. and CRS 17.42.101 No where in CDOC policy does it say this is a suitable decision.
I would like to know who made this decision. I want our use of tobacco reinstated and for the discriminatory and retaliatory actions perpetuated on the Native Am. Religious Group to stop.

Offender Signature: [signature]   Date: 6.9.18
*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: AKF/Sank | Step (Circle one) 1  2  ③ |
|---|---|---|

Signature: T Mann
Print Name and DOC Employee ID #: T Mann 18677   Date received: 6-12-18

Attachment B
Page 1 of 1

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 06/13/2018    Grievance Coordinator & ID # O'REILLY-WHITLOW, KAITLIND (22557)

**RESPONSE**
see attached

**TO BE COMPLETED BY RESPONDER**
Date 07/11/2018    Responder Name & ID # GRIFFITH, MARSHALL (14298)    Response Date 07/19/2018
Disposition    **Denied**

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name WILLIAMS, CHARLES    DOCNO 82344    Grievance # R-BV17/18-00129942-3
Date: 7.22.18    Offender Signature: [signature]
Original: Department file/AIC    Copies: Administrative Head, Offender



**COLORADO**
Department of Corrections

Office of Legal Services
1250 Academy Park Loop, Suite 1400
Colorado Springs, CO 80910
P 719.226.4236

Step 3 Grievance Office

July 19, 2018

RE: Grievance #R-BV17/18-129942

Dear Mr. Charles Williams #82344:

I have reviewed your Step 3 grievance that you filed with request for reinstatement of ceremonial blend of tobacco for your faith group practices.

In review of this matter it is my finding that CDOC has the authority to suspend any activity if there is reason to believe that activity might compromise the safety and security of the facility. That said, the Step 2 Responder and Manager of the Faith and Citizens Program has correctly and appropriately indicated that the ceremonial blend of tobacco for your faith group has been reinstated. I contacted the BVCF Volunteer Coordinator. At this time there is a Stage 2 Fire Alert for the entire Buena Vista area including all of BVCF. This means that three is no outside burning of any kind. Based upon the foregoing I cannot recommend any further relief in this matter than has been provided.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file
John W. Hickenlooper, Governor | Rick Raemisch, Executive Director



DC Form 850-04B (11/15/17)

## Offender Grievance

| Offender Must Complete | |
|---|---|
| Name: Williams, Charles | Doc #: 82344 |

Grievance number (complete for Steps 2 and 3, only):

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

On May 4th, 2018 I spoke with a Lt Atchison and he informed me that all religious services have been suspended "until further" notice. That week (from 5.3.18 to 5.6.18) Kairos, a Christian activity was going on. On May 11, 2018 the Muslim offenders were given access to have their 'Friday' services. I have been denied access to Sweatlodge / N. American Religious services for 2 week (5.5.18 and 5.12.18). To allow one religious group to have access/practice and not others is discriminatory.

My remedy is to have this suspension lifted and for my access to Sweatlodge area returned, and for no further denial of my religious rights.

Offender Signature: [signature]     Date: 5.13.2018

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: BVCF | Step (Circle one) ① 2 3 |
|---|---|---|

Signature: cm Hanson

| Print Name and DOC Employee ID #: cm Hanson 22252 | Date received: 5-14-18 |
|---|---|

Attachment B
Page 1 of 1

---

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 05/15/2018       Grievance Coordinator & ID #   O'REILLY-WHITLOW, KAITLIND (22557)

**RESPONSE**
Facility resumed normal operations, Wednesday, May 30, 2018. Non-supervised observances will start effective May 30, 2018. Per AR 800-01, Faith based programs/observances are accommodated, within available time and space, unless an overriding compelling governmental interest exists. During lock down and modified operations at BVCF all non-supervised faith observances were suspended. Programs were permitted with volunteers present. The American Indian faith group does not have a volunteer to facilitate observances. There have been no exceptions.

**TO BE COMPLETED BY RESPONDER**
Date 05/15/2018       Responder Name & ID # VOLZ, REBECCA (8584)       Response Date 05/30/2018
**Disposition**                                  **Denied**

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name  WILLIAMS, CHARLES              DOCNO 82344       Grievance # R-BV17/18-00130707-1
Date: 6.1.18       Offender Signature: [signature]
Original: Department file/AIC                                  Copies: Administrative Head, Offender

DC Form 850-04B (11/15/17)

## Offender Grievance

| Offender Must Complete |
|---|
| Name: CHARLES L. WILLIAMS                              Doc #: 82344 |
| Grievance number (complete for Steps 2 and 3, only): R-BV17/18-00130707 |
| Instructions: |
| 1. Fill out identifying data in space provided. (Must be legible.) |
| 2. Clearly state basis for grievance or grievance appeal. |
| 3. State specifically what remedy you are requesting. |
| 4. Remedy must remain consistent. |

**Subject of Grievance and Requested Meaningful Remedy:**

ON MAY 4th, 2018, I SPOKE WITH LT. ATCHISON AND HE INFORMED ME THAT ALL RELIGIOUS SERVICES HAVE BEEN SUSPENDED "UNTIL FURTHER NOTICE". THAT WEEK (FROM 5.13.18 TO 5.6.18) KAIROS, A CHRISTIAN ACTIVITY WAS HELD AND ON MAY 11, 2018 THE MUSLIM OFFENDERS WERE GIVEN ACCESS TO HAVE THEIR 'FRIDAY' SERVICES. I HAVE BEEN DENIED ACCESS TO SWEATLODGE/NATIVE AM. RELIGIOUS SERVICES FOR 2 WEEKS (5.5.18/5.12.18) TO ALLOW ONE RELIGIOUS GROUP TO HAVE ACCESS/PRACTICE AND NOT OTHERS IS DISCRIMINATORY. MY REMEDY IS TO HAVE THIS SUSPENSION LIFTED AND FOR MY ACCESS TO SWEATLODGE AREA RETURNED AND FOR NO FURTHER DENIAL OF MY RELIGIOUS RIGHTS.

Offender Signature: [signed]                              Date: 6.5.18

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1  ② 3 |
|---|---|---|
| Signature: J. Hansen / for T. Mann |  |  |
| Print Name and DOC Employee ID #: J. HANSEN #2720 | | Date received: 6/5/18 |

Attachment B
Page 1 of 1

### TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 06/06/2018          Grievance Coordinator & ID # O'REILLY-WHITLOW, KAITLIND (22557)

### RESPONSE

In reveiwing your grievance and your requested remedy I contacted the facility and learned your religious services have been reinstated so the requested remedy has been met. There have been recent issues with tobacco/ceremonial smoking blend from the native services found in an offender's possession inside the facility. Services were suspended while the incident was investigated. The facility also stopped non-volunteer led events/services due to facility violence but has since resumed all events/services. Both are legitimate reasons to temporarily or permanently restrict events/services. Currently the state and most counties have active fire restrictions so events/services must adhere to state/county restrictions too.

### TO BE COMPLETED BY RESPONDER

Date 06/06/2018           Responder Name & ID # MACHIN, KIRK (2082)              Response Date 06/06/2018
**Disposition**                                    **Denied**

### TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name WILLIAMS, CHARLES                        DOCNO 82344        Grievance # R-BV17/18-00130707-2
Date: 6.25.18          Offender Signature: [signed]
Original: Department file/AIC                                                    Copies: Administrative Head, Offender

TMA

DC Form 850-04B (11/15/17)

## Offender Grievance

**Offender Must Complete**

Name: CHARLES L. WILLIAMS                    Doc #: 82344

Grievance number (complete for Steps 2 and 3, only): R-BV17/18-00130707-2

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

ON MAY 4, 2018, I SPOKE WITH LT. ATCHISON AND HE INFORMED ME THAT ALL RELIGIOUS SERVICES HAD BEEN SUSPENDED 'UNTIL FURTHER NOTICE.' THAT WEEK (FROM 5.3.18 TO 5.6.18) KAIROS, A CHRISTIAN BASED ACTIVITY WAS HELD AND ON MAY 11, 2018 THE MUSLIM OFFENDERS WERE GIVEN ACCESS TO HAVE THEIR 'FRIDAY' SERVICES WITHOUT A VOLUNTEER PRESENT. I HAVE BEEN DENIED ACCESS TO SWEATLODGE/NATIVE AM. RELIGIOUS SERVICES FOR 2 WEEKS (5.5.18/5.12.18) TO ALLOW ONE RELIGIOUS GROUP TO HAVE ACCESS/PRACTICE AND NOT OTHERS IS DIS- CRIMINATORY.

MY REMEDY IS TO HAVE THIS 'SUSPENSION' LIFTED AND FOR MY ACCESS TO SWEATLODGE AREA RETURNED AND BE NO FURTHER DENIAL OF MY RELIGIOUS RIGHTS.

Offender Signature: C.L. Williams                    Date: 6-26-18

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) 1  2  ③ |
|---|---|---|

Signature: T Mann

Print Name and DOC Employee ID #: Tracey C Mann L8677         Date received: 6-28-18

Attachment B
Page 1 of 1

### TO BE COMPLETED BY GRIEVANCE COORDINATOR
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 06/29/2018     Grievance Coordinator & ID #   O'REILLY-WHITLOW, KAITLIND (22557)

### RESPONSE
See attached response.

### TO BE COMPLETED BY RESPONDER
Date 07/27/2018     Responder Name & ID #  DECESARO, ANTHONY (10983)         Response Date  07/27/2018
**Disposition**                    **Denied**

### TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name  WILLIAMS, CHARLES                 DOCNO  82344         Grievance # R-BV17/18-00130707-3
Date: 8.9.18     Offender Signature: C.L. Williams
Original: Department file/AIC                                           Copies: Administrative Head, Offender



**COLORADO**
Department of Corrections

Office of Step 3 Grievance Officer
1250 Academy Park Loop, Suite 1400
Colorado Springs, CO 80910
P 719-226-4238

Step 3 Grievance Officer

July 27, 2018

RE: Grievance #R-BV17/18-00130707-3

Dear Mr. Charles Williams #82344:

I have reviewed your Step 3 grievance that you filed with regard to religious services.

In review of this matter it is my finding that religious services have been re-instated. There was a point when only volunteer led services were allowed and Native Americans had no volunteer, due to institutional violence. However, there still may be fire restrictions in place, a fact beyond CDOC's control. Based upon the foregoing I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief in denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file

John W. Hickenlooper, Governor | Rick Raemisch, Executive Director

