IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cv-00371-RBJ-MEH

CHARLES LAMONT WILLIAMS,
    Plaintiff,

v.

DEBORAH BORREGO,
DAYNA JOHNSON,
JENNIFER HANSEN,
DAVID LISAC,
REBECA VOLZ,
ANDREW KING, and
JOHN DOE.
    Defendants.

---

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT**

---

The Colorado Attorney General's Office, as counsel for all defendants, submitted an offer of judgment to Plaintiff, Charles Lamont Williams ("Mr. Williams") on June 15, 2022. See Offer of Judgment at Exhibit A, filed herewith. Mr. Williams, via undersigned counsel, hereby acknowledges his acceptance of the offer.

Dated this 29th day of June, 2022.

                BRYAN CAVE LEIGHTON PAISNER LLP

                *s/ Timothy M. Reynolds*
                Timothy M. Reynolds, #31307
                David L. Miller, #51861
                Luke Westerman, #51243
                One Boulder Plaza
                1801 13th Street, Suite 300
                Boulder, Colorado 80302-5386
                Telephone: (303) 444-5955
                Email: timothy.reynolds@bclplaw.com
                            david.miller@bclplaw.com

                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, the foregoing **NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT** was filed with the Clerk of Court using the CM/ECF system which will send notification to the following.

Cole Woodward
Joshua Urquhart
COLORADO ATTORNEY GENERAL'S OFFICE
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6602
Email: cole.woodward@coag.gov
    joshua.urquhart@coag.gov

*Attorneys for Defendants*

*s/Timothy M. Reynolds*