IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00371-RBJ-MEH

CHARLES WILLIAMS,

    Plaintiff,

v.

DEBORAH BORREGO,
DAYNA JOHNSON,
ANDREW KING,
JENNIFER HANSEN,
DAVID LISAC,
REBECCA VOLZ, and
JOHN DOE,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed R. Civ. P. 68(a) the following Final Judgment is hereby entered.

Pursuant to the Notice of Acceptance of Offer of Judgment [ECF No. 87] and the Minute Order [ECF No. 88] issued on June 29, 2022, it is

ORDERED that judgment is entered in favor of the plaintiff Charles Williams and against the defendants, the Deborah Borrego, Dayna Johnson, Andrew King, Jennifer Hansen, David Lisac, Rebecca Volz, and John Doe in the amount of $1000.00. It is

FURTHER ORDERED that the remaining claim is DISMISSED, and the case is closed.  It is

FURTHER ORDERED that as the prevailing party the plaintiff is awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of June, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk